## Commonwealth *v.* Wongus, Appellant.

Argued September 12, 1973. *Alan M. Lieberman,* for appellant; *Bonnie Leadbetter,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING and SPAETH, JJ., absent.

## Commonwealth *v.* Wray, Appellant.

Submitted September 10, 1973. *William K. Sayer, John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.